# SUMMONS IN A CIVIL ACTION

**1:13-CV-1359**

**Robert Holmes Bell**
**U.S. District Judge**

1. **UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT**

Seth Miller

v.

ARS National Services, Inc.

DOCKET NO.

TO: ARS NATIONAL SERVICES, INC
201 West Grand Ave.
Escondido, CA 92025

---

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY

Seth Miller, Pro Se,
110 Florence St
Woodland, MI 48897

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TRACEY CORDES, CLERK

BY: _____          DATED: _____
    (Deputy Clerk)
(SEAL)

| ☒ 399 Federal Building | ☐ 229 Federal Building | ☐ B-35 Federal Building | ☐ 113 Federal Building |
|---|---|---|---|
| 110 Michigan St., N.W. | 202 W. Washington St. | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |

## 2. RETURN OF SERVICE

Service of the Summons and Complaint was made by me.***

DATE: _____

Name of Server (print): _____     Title: _____

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## 3. STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ _____ | $ _____ | $ _____ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                            Signature of Server

_____
Address of Server

*** See Rule 4 of the Federal Rules of Civil Procedure re who may serve a summons

4/2005