UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETH MILLER,

    Plaintiff,

File No: 1:13-CV-1359

v.

HON. ROBERT HOLMES BELL

ARS NATIONAL SERVICES, INC.,

    Defendant.
_____/

## ORDER OF REFERENCE

The captioned case is referred to Magistrate Judge Joseph G. Scoville for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C. §636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters pursuant to 28 U.S.C. §636(b)(1)(B).

Date: January 8, 2014

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE